

# BankUnited

P.O. Box 521599    Miami, FL 33152-1599

**Page 1 of 4**

>004995 6370478 0001 008229 10Z
INTERTRADE HOLDINGS, INC
PAYROLL
4780 HANCOCK RD
SOUTHWEST RANCHES FL 33330

| | |
|---|---|
| **Statement Date:** | **April 30, 2026** |
| Account Number: | ********6879 |

### Customer Service Information

 Client Care:  877-779-BANK (2265)

 Web Site:  www.bankunited.com

Bank Address:  BankUnited
P.O. Box 521599
Miami, FL 33152-1599



### Customer Message Center

**New Client Care Center Hours:** Please refer to the end of this statement for updates to our Client Care Center operating hours.

## PRIMARY BUSINESS CHECKING  Account ********6879

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 03/31/2026 | | | $407.81 |
| Plus | 3 | Deposits and Other Credits | $21,950.00 |
| Less | 16 | Withdrawals, Checks, and Other Debits | $21,348.72 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 04/30/2026 | | | $1,009.09 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/01/2026 | WEB TFR FR 009856871494 090136005479 WEB RF#090136005479 | | $6,000.00 | $6,407.81 |
| 04/02/2026 | ADP WAGE PAY    WAGE PAY 9393393923063EV INTERTRADE HOLDINGS IN | $1,942.31 | | $4,465.50 |
| 04/02/2026 | ADP WAGE PAY    WAGE PAY 3976035986593EV INTERTRADE HOLDINGS IN | $2,256.10 | | $2,209.40 |
| 04/02/2026 | ADP Tax        ADP Tax | $433.00 | | $1,776.40 |

BankUnited, N.A.

**Statement Date: April 30, 2026**
Account Number: ********6879

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | K13EV 040307A01 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/02/2026 | ADP Tax        ADP Tax | $736.15 | | $1,040.25 |
| | K13EV 040308A03 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/07/2026 | ADP 401k       ADP 401k | $88.50 | | $951.75 |
| | K13EV 040307V02 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/07/2026 | ADP 401k       ADP 401k | $870.00 | | $81.75 |
| | K13EV 040308V04 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/10/2026 | ADP PAYROLL FEES ADP FEES | $47.02 | | $34.73 |
| | 744080575330 | | | |
| | 717577358INTERTRADE HO | | | |
| 04/15/2026 | WEB TFR FR 009856871494 | | $8,000.00 | $8,034.73 |
| | 100802004796 | | | |
| | WEB RF#100802004796 | | | |
| 04/16/2026 | ADP WAGE PAY    WAGE PAY | $1,942.32 | | $6,092.41 |
| | 9385395863233EV | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/16/2026 | ADP Tax        ADP Tax | $432.99 | | $5,659.42 |
| | K13EV 041708A01 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/16/2026 | ADP Tax        ADP Tax | $1,246.65 | | $4,412.77 |
| | K13EV 041709A03 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/16/2026 | ADP WAGE PAY    WAGE PAY | $4,160.35 | | $252.42 |
| | 6690822202773EV | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/20/2026 | ADP 401k       ADP 401k | $88.50 | | $163.92 |
| | K13EV 041708V02 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/20/2026 | ADP 401k       ADP 401k | $100.00 | | $63.92 |
| | K13EV 041709V04 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/24/2026 | ADP PAYROLL FEES ADP FEES | $47.02 | | $16.90 |
| | 677083164726 | | | |
| | 718602197INTERTRADE HO | | | |
| 04/28/2026 | WEB TFR FR 009856871494 | | $7,950.00 | $7,966.90 |
| | 164204003901 | | | |

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Page 3 of 4**

**Statement Date: April 30, 2026**
Account Number: ********6879



## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | WEB RF#164204003901 | | | |
| 04/30/2026 | ADP WAGE PAY    WAGE PAY | $5,403.66 | | $2,563.24 |
| | 9299426639193EV | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/30/2026 | ADP Tax    ADP Tax | $1,554.15 | | $1,009.09 |
| | K13EV 050109A01 | | | |
| | INTERTRADE HOLDINGS IN | | | |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 03/31 | $407.81 | 04/07 | $81.75 | 04/16 | $252.42 | 04/28 | $7,966.90 |
| 04/01 | $6,407.81 | 04/10 | $34.73 | 04/20 | $63.92 | 04/30 | $1,009.09 |
| 04/02 | $1,040.25 | 04/15 | $8,034.73 | 04/24 | $16.90 | | |

## Other Balances

Minimum Balance this Statement Period                                                $16.90

 Effective Monday, March 2, 2026, the Client Care Center hours will be:
• Monday–Friday: 8:00 AM–7:00 PM ET
• Saturday: 9:00 AM–12:00 PM ET
These updated hours provide better coverage during peak times and faster assistance. You can also manage everyday banking anytime through Online and Mobile Banking providing self-service access outside of call center hours. We appreciate the opportunity to serve you and are committed to delivering an exceptional client experience.

BankUnited, N.A.

Statement Date: **April 30, 2026**
Account Number: ********6879

---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---







P.O. Box 521599    Miami, FL 33152-1599

**Page 1 of 5**

| | |
|---|---|
| **Statement Date:** | **April 30, 2026** |
| Account Number: | ********1494 |

**Customer Service Information**

>002212 6370481 0001 008229 10Z

INTERTRADE HOLDINGS, INC
OPERATING
4780 HANCOCK RD
SOUTHWEST RANCHES FL 33330

 Client Care:    877-779-BANK (2265)

 Web Site:    www.bankunited.com

Bank Address:    BankUnited
P.O. Box 521599
Miami, FL 33152-1599



### Customer Message Center

**New Client Care Center Hours**: Please refer to the end of this statement for updates to our Client Care Center operating hours.

## PRIMARY BUSINESS CHECKING  Account ********1494

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 03/31/2026 | | | $294,063.95 |
| Plus | 13 | Deposits and Other Credits | $303,252.26 |
| Less | 30 | Withdrawals, Checks, and Other Debits | $544,876.06 |
| Less | | Service Charge | $187.68 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 04/30/2026 | | | $52,252.47 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/01/2026 | WEB TFR TO 009856876879 WEB RF#090136005479 | $6,000.00 | | $288,063.95 |
| 04/02/2026 | INTRHOLD OP 1494 29185- INTERTR01 | $137,188.72 | | $150,875.23 |
| 04/03/2026 | OUTGOING INTL WIRE: 20260403RO 529449 DIANA PEREZ MENDEZ | $699.00 | | $150,176.23 |
| 04/03/2026 | OUTGOING INTL WIRE FEE | $25.00 | | $150,151.23 |
| 04/03/2026 | INTRHOLD OP 1494 29224 INTERTR01 | $39,912.46 | | $110,238.77 |
| 04/06/2026 | Mobile Deposit | | $6,466.00 | $116,704.77 |

BankUnited, N.A.

> **Statement Date: April 30, 2026**
> Account Number: ********1494

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 04/06/2026 | Mobile Deposit | | $4,819.00 | $121,523.77 |
| 04/06/2026 | Mobile Deposit | | $1,267.72 | $122,791.49 |
| 04/07/2026 | OUTGOING INTL WIRE: 20260407RO 540816 SAMIYAMEALS SA 001-001-000003351 BMOU9320033 | $37,800.00 | | $84,991.49 |
| 04/07/2026 | OUTGOING INTL WIRE FEE | $25.00 | | $84,966.49 |
| 04/07/2026 | Mobile Deposit | | $6,248.36 | $91,214.85 |
| 04/07/2026 | Mobile Deposit | | $74,148.56 | $165,363.41 |
| 04/08/2026 | INTRHOLD OP 1494 Goods INTERTR01 | $11,520.00 | | $153,843.41 |
| 04/09/2026 | INTRHOLD OP 1494 90885 INTERTR01 | $3,680.00 | | $150,163.41 |
| 04/10/2026 | ACH CHARGEBACK   RETURN RETIRE | | $11,520.00 | $161,683.41 |
| 04/15/2026 | WEB TFR TO 009856876879 WEB RF#100802004796 | $8,000.00 | | $153,683.41 |
| 04/15/2026 | INTRHOLD OP 1494 Retainer INTERTR01 | $27,000.00 | | $126,683.41 |
| 04/16/2026 | Mobile Deposit | | $976.00 | $127,659.41 |
| 04/16/2026 | Mobile Deposit | | $2,202.70 | $129,862.11 |
| 04/17/2026 | OUTGOING INTL WIRE: 20260417RO 585323 DIANA PEREZ MENDEZ | $749.00 | | $129,113.11 |
| 04/17/2026 | OUTGOING INTL WIRE FEE | $25.00 | | $129,088.11 |
| 04/17/2026 | INTRHOLD OP 1494 7 invoices INTERTR01 | $4,872.00 | | $124,216.11 |
| 04/21/2026 | Mobile Deposit | | $12,590.00 | $136,806.11 |
| 04/21/2026 | INTRHOLD OP 1494 plantains INTERTR01 | $11,136.35 | | $125,669.76 |
| 04/22/2026 | Mobile Deposit | | $38,195.22 | $163,864.98 |
| 04/22/2026 | Mobile Deposit | | $37,929.05 | $201,794.03 |
| 04/22/2026 | Mobile Deposit | | $35,500.68 | $237,294.71 |
| 04/23/2026 | INTRHOLD OP 1494 goods INTERTR01 | $3,355.00 | | $233,939.71 |
| 04/24/2026 | US CBP      PAYMENT 0000 INTERTRADE HOLDING INC | $2,446.19 | | $231,493.52 |
| 04/24/2026 | US CBP      PAYMENT 0000 INTERTRADE HOLDING INC | $2,673.59 | | $228,819.93 |
| 04/24/2026 | INTRHOLD OP 1494 INV 848561 | $11,136.35 | | $217,683.58 |



P.O. Box 521599    Miami, FL 33152-1599

**Page 3 of 5**

**Statement Date: April 30, 2026**
Account Number: ********1494

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | INTERTR01 | | | |
| 04/24/2026 | INTRHOLD OP 1494 29510 | $138,000.00 | | $79,683.58 |
| | INTERTR01 | | | |
| 04/27/2026 | AMERICAN EXPRESS LOAN PMT | $4,666.68 | | $75,016.90 |
| | 12984805 | | | |
| | INTERTRADE HOLDINGS IN | | | |
| 04/28/2026 | OUTGOING INTL WIRE: 20260428RO | $58,196.00 | | $16,820.90 |
| | 626141 ALESIE FOOD HOLLAND 145 | | | |
| | 87,14592 DO NOT CONVERT | | | |
| 04/28/2026 | OUTGOING INTL WIRE FEE | $25.00 | | $16,795.90 |
| 04/28/2026 | WEB TFR FR 009856876887 | | $71,388.97 | $88,184.87 |
| | 163033003875 | | | |
| | WEB RF#163033003875 | | | |
| 04/28/2026 | WEB TFR TO 009856876879 | $7,950.00 | | $80,234.87 |
| | WEB RF#164204003901 | | | |
| 04/28/2026 | WEB TFR TO 009856881163 | $5,975.40 | | $74,259.47 |
| | WEB RF#170450003973 | | | |
| 04/28/2026 | INTRHOLD OP 1494 29651 | $16,865.32 | | $57,394.15 |
| | INTERTR01 | | | |
| 04/28/2026 | INTRHOLD OP 1494 6 invoices | $4,234.00 | | $53,160.15 |
| | INTERTR01 | | | |
| 04/30/2026 | OUTGOING INTL WIRE: 20260430RO | $695.00 | | $52,465.15 |
| | 641576 DIANA PEREZ MENDEZ | | | |
| 04/30/2026 | OUTGOING INTL WIRE FEE | $25.00 | | $52,440.15 |
| 04/30/2026 | Service Charge | $187.68 | | $52,252.47 |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | $294,063.95 | 04/07 | $165,363.41 | 04/16 | $129,862.11 | 04/24 | $79,683.58 |
| 04/01 | $288,063.95 | 04/08 | $153,843.41 | 04/17 | $124,216.11 | 04/27 | $75,016.90 |
| 04/02 | $150,875.23 | 04/09 | $150,163.41 | 04/21 | $125,669.76 | 04/28 | $53,160.15 |
| 04/03 | $110,238.77 | 04/10 | $161,683.41 | 04/22 | $237,294.71 | 04/30 | $52,252.47 |
| 04/06 | $122,791.49 | 04/15 | $126,683.41 | 04/23 | $233,939.71 | | |

## Other Balances

Minimum Balance this Statement Period                                                       $52,252.47



02212 6370481 005550 011099 0002/0003

**Page 4 of 5**

**Statement Date:  April 30, 2026**

Account Number:  ********1494



Effective Monday, March 2, 2026, the Client Care Center hours will be:
• Monday–Friday: 8:00 AM–7:00 PM ET
• Saturday: 9:00 AM–12:00 PM ET
These updated hours provide better coverage during peak times and faster assistance. You can also manage everyday banking anytime through Online and Mobile Banking providing self-service access outside of call center hours. We appreciate the opportunity to serve you and are committed to delivering an exceptional client experience.

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: April 30, 2026**

Account Number: ********1494



**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.


EQUAL HOUSING
LENDER


Member
**FDIC**

BankUnited, N.A.



We appreciate your business.

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Page 1 of 4**

>004996 6370478 0001 008229 10Z
INTERTRADE HOLDINGS, INC
ELECTRONIC PAYMENTS IN
4780 HANCOCK RD
SOUTHWEST RANCHES FL 33330

| | |
|---|---|
| **Statement Date:** | **April 30, 2026** |
| Account Number: | ********6887 |

| Customer Service Information | |
|---|---|
|  Client Care: | 877-779-BANK (2265) |
|  Web Site: | www.bankunited.com |
| ✉ Bank Address: | BankUnited<br>P.O. Box 521599<br>Miami, FL 33152-1599 |



Customer Message Center

**New Client Care Center Hours**: Please refer to the end of this statement for updates to our Client Care Center operating hours.

## PRIMARY BUSINESS CHECKING  Account ********6887

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 03/31/2026 | | | $310.00 |
| Plus | 7 | Deposits and Other Credits | $89,560.68 |
| Less | 5 | Withdrawals, Checks, and Other Debits | $72,574.26 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 04/30/2026 | | | $17,296.42 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/01/2026 | US FOODS    DIRECT PAY<br>1232488<br>INTERTRADE HOLDI | | $1,470.38 | $1,780.38 |
| 04/08/2026 | UNIPAK FOODS INC current<br>e81296929<br>Intertrade Holdings In | | $19,140.00 | $20,920.38 |
| 04/13/2026 | AMEX EPAYMENT   ACH PMT<br>A2118<br>PERRY BURK | $35.00 | | $20,885.38 |
| 04/13/2026 | AMEX EPAYMENT   ACH PMT | $930.00 | | $19,955.38 |

BankUnited, N.A.

**Statement Date: April 30, 2026**
Account Number: ********6887

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | A2120 PERRY BURK | | | |
| 04/14/2026 | AMEX EPAYMENT   ACH PMT W7358 PERRY BURK | $205.29 | | $19,750.09 |
| 04/15/2026 | US FOODS        DIRECT PAY 1235827 INTERTRADE HOLDI | | $12,573.00 | $32,323.09 |
| 04/22/2026 | US FOODS        DIRECT PAY 1237399 INTERTRADE HOLDI | | $1,680.00 | $34,003.09 |
| 04/27/2026 | INCOMING DOM WIRE: 26042712C00 7778 IP TRADING FLORIDA LLC PO 10373 | | $37,400.88 | $71,403.97 |
| 04/27/2026 | INCOMING DOM WIRE FEE | $15.00 | | $71,388.97 |
| 04/28/2026 | WEB TFR TO 009856871494 WEB RF#163033003875 | $71,388.97 | | $0.00 |
| 04/29/2026 | US FOODS        DIRECT PAY 1239030 INTERTRADE HOLDI | | $6,160.07 | $6,160.07 |
| 04/30/2026 | GARDEN STATE COL PAYMENT INTERTRADE HOLDINGS | | $11,136.35 | $17,296.42 |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | $310.00 | 04/13 | $19,955.38 | 04/22 | $34,003.09 | 04/29 | $6,160.07 |
| 04/01 | $1,780.38 | 04/14 | $19,750.09 | 04/27 | $71,388.97 | 04/30 | $17,296.42 |
| 04/08 | $20,920.38 | 04/15 | $32,323.09 | 04/28 | $0.00 | | |

## Other Balances

Minimum Balance this Statement Period                                          $0.00

BankUnited, N.A.

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: April 30, 2026**

Account Number: ********6887





Effective Monday, March 2, 2026, the Client Care Center hours will be:
• Monday–Friday: 8:00 AM–7:00 PM ET
• Saturday: 9:00 AM–12:00 PM ET
These updated hours provide better coverage during peak times and faster assistance. You can also manage everyday banking anytime through Online and Mobile Banking providing self-service access outside of call center hours. We appreciate the opportunity to serve you and are committed to delivering an exceptional client experience.

BankUnited, N.A.

04996 6370478 009993 019985 0002/0002

**Statement Date: April 30, 2026**

Account Number: ********6887

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.





BankUnited, N.A.

# Intertrade Holdings Inc
# A/P Aging Summary
### As of April 28, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ABC Global Resources  LLC | 0.00 | 0.00 | 0.00 | 0.00 | 420,466.12 | 420,466.12 |
| AGR Services Enterprises | 0.00 | 0.00 | 0.00 | 0.00 | 33,500.00 | 33,500.00 |
| AGROGOLDEN SAS | 0.00 | 0.00 | 0.00 | 0.00 | 29,731.60 | 29,731.60 |
| Alesie Food Holland BV | 0.00 | 28,808.10 | 169.81 | 0.00 | 166,883.27 | 195,861.18 |
| Americold | 0.00 | 0.00 | 0.00 | 0.00 | 3,192.43 | 3,192.43 |
| Bakemark - Falcon Distribution | 0.00 | 0.00 | 0.00 | 0.00 | 23,662.90 | 23,662.90 |
| BEST FOOD INC | 0.00 | 0.00 | 0.00 | 0.00 | 27,078.80 | 27,078.80 |
| Carrier Credit Services inc | 0.00 | 0.00 | 0.00 | 875.00 | 0.00 | 875.00 |
| Crowley Latin America | 0.00 | 0.00 | 0.00 | 0.00 | 29,977.75 | 29,977.75 |
| Customized Brokers | 0.00 | 0.00 | 0.00 | 0.00 | (7,478.78) | (7,478.78) |
| Florida Freezer Limited Partnership | 0.00 | 0.00 | 0.00 | 0.00 | (6.65) | (6.65) |
| Foodie J Inc | 0.00 | 0.00 | 0.00 | 0.00 | 24.95 | 24.95 |
| Garden State Cold Storage | 3,183.97 | 550.00 | 0.00 | 0.00 | (16.00) | 3,717.97 |
| Golden Fields | 0.00 | 0.00 | 0.00 | 0.00 | 1,298.00 | 1,298.00 |
| Hispanic Certified Foods | 0.00 | 0.00 | 0.00 | 0.00 | 9,375.00 | 9,375.00 |
| Jim Foods | 0.00 | 0.00 | 0.00 | 0.00 | 6,156.38 | 6,156.38 |
| King Ocean | 0.00 | 0.00 | 0.00 | 0.00 | 1,665.00 | 1,665.00 |
| La Latina Deliciosa | 3,886.00 | 0.00 | 0.00 | 0.00 | (883.80) | 3,002.20 |
| Legion Express Trucking | 825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 |
| Maersk Line | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | (15.00) |
| Marine Foods, Inc. | 9,315.00 | 1,884.00 | 0.00 | 78.00 | 0.00 | 11,277.00 |
| MEGAS YEEROS | 0.00 | 0.00 | 0.00 | 0.00 | 25,020.15 | 25,020.15 |
| NB Foods LLC | 0.00 | 0.00 | 0.00 | 0.00 | 89,760.00 | 89,760.00 |
| New England Flour Corp | 0.00 | 0.00 | 0.00 | 19,975.00 | 21,063.00 | 41,038.00 |
| Performance Food Group | 0.00 | 0.00 | 0.00 | 0.00 | 151.81 | 151.81 |
| Productos De Hoy | 0.00 | 0.00 | 0.00 | 0.00 | (11.95) | (11.95) |
| Rainforest Water | 0.00 | 0.00 | 0.00 | 0.00 | 26,611.66 | 26,611.66 |
| Rolldey Corp | 0.00 | 0.00 | 0.00 | 0.00 | 93,437.20 | 93,437.20 |
| Roskam Baking | 0.00 | 0.00 | 0.00 | 0.00 | 31,492.50 | 31,492.50 |
| RTW LOGISTICS INC. | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| Samiya USA | 0.00 | 0.00 | 0.00 | 0.00 | 268,457.28 | 268,457.28 |
| Seaboard Marine | 0.00 | 4,055.00 | 0.00 | 0.00 | 0.00 | 4,055.00 |
| Sealand | 0.00 | 0.00 | 0.00 | 0.00 | (54.00) | (54.00) |
| SHANDONG VER MACHINERY CO., LTD | 0.00 | 0.00 | 0.00 | 0.00 | 7,534.00 | 7,534.00 |
| SOUTH FLORIDA FOODS INTL | 0.00 | 0.00 | 0.00 | 0.00 | 3,803.87 | 3,803.87 |
| Sunteck Transport | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 7,500.00 |
| TMC | 192.60 | 0.00 | 0.00 | 0.00 | 0.00 | 192.60 |
| TQL | 0.00 | 0.00 | 0.00 | 0.00 | 126.18 | 126.18 |
| Tracy Baker's Service of So. Florida | 0.00 | 0.00 | 0.00 | 0.00 | 1,299.50 | 1,299.50 |
| Traditional Snack Inc | 54,799.64 | 0.00 | 442.49 | 10,466.20 | 0.00 | 65,708.33 |
| Triple Threat Sales | 0.00 | 0.00 | 0.00 | 0.00 | 10,700.36 | 10,700.36 |
| TROPICOOL BRASIL LTDA | 0.00 | 0.00 | 0.00 | 0.00 | 26,636.80 | 26,636.80 |
| TRUE COMMERCE | 0.00 | 0.00 | 0.00 | 0.00 | 70.20 | 70.20 |
| USA Dairy Unlimited | 0.00 | 0.00 | 0.00 | 0.00 | 20,748.00 | 20,748.00 |
| Veritas Global Transportation Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| WESSCO | 0.00 | (3,608.84) | 0.00 | 0.00 | (2,650.23) | (6,259.07) |

9:25 AM

05/21/26

# Intertrade Holdings Inc
## A/P Aging Summary
### As of April 28, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Wolverine Packing Co. | 0.00 | 0.00 | 0.00 | 0.00 | 23,135.84 | 23,135.84 |
| Worldwide Frozen Foods LLC | 0.00 | 0.00 | 0.00 | 0.00 | 148,045.88 | 148,045.88 |
| TOTAL | 72,202.21 | 31,688.26 | 612.30 | 31,394.20 | 1,547,675.02 | 1,683,571.99 |

9:24 AM

05/21/26

# Intertrade Holdings Inc
# A/R Aging Summary
### As of April 28, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 44 FOOD COMPANY_ | 129.50 | 0.00 | 0.00 | 0.00 | 0.00 | 129.50 |
| Addison James | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.10 |
| Agrosale Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Boar's Head | 0.00 | 0.00 | 0.00 | 0.00 | 400.25 | 400.25 |
| Cheney Brother Inc- Ocala | 12,790.94 | 0.00 | 0.00 | 0.00 | 0.10 | 12,791.04 |
| Cheney Brother Inc- Port ST. | 11,610.60 | 0.00 | 0.00 | 0.00 | 0.00 | 11,610.60 |
| Cheney Brothers Inc- PG | 5,953.28 | 5,691.12 | 0.00 | 0.00 | 0.00 | 11,644.40 |
| Cheney Brothers Inc- Riviera | 73,863.60 | 0.00 | 0.00 | 0.00 | 0.10 | 73,863.70 |
| Circus Eats / Donut Divas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cubanita Frozen Foods | 0.00 | 6,391.42 | 3,076.77 | 3,685.44 | 13,636.28 | 26,789.91 |
| D&E Import, LLC. Customer | 300.00 | 0.00 | 0.00 | 0.00 | 501,332.68 | 501,632.68 |
| Frozen Food Partners LLC | 0.00 | 0.00 | 0.00 | 0.00 | 7,283.09 | 7,283.09 |
| Intertrade Consultants, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,393,708.20 | 1,393,708.20 |
| IP TRADING FLORIDA | 183,485.28 | 1,377.64 | 0.00 | (68.99) | 422.84 | 185,216.77 |
| Jim Group | 0.00 | 0.00 | 0.00 | 0.00 | 11,338.21 | 11,338.21 |
| Kewl / True Water Customer | 0.00 | 0.00 | 0.00 | 0.00 | 30,654.00 | 30,654.00 |
| Low Tide / Wicked Tuna | 0.00 | 0.00 | 0.00 | 0.00 | 252,419.57 | 252,419.57 |
| Mega Yeeros | 0.00 | 0.00 | 0.00 | 0.00 | 492.50 | 492.50 |
| OONA DISTRIBUTION | 0.00 | 0.00 | 0.00 | 0.00 | (425.00) | (425.00) |
| Passion Group dba Crazy About You | 2,196.00 | 610.00 | 0.00 | 0.00 | (778.00) | 2,028.00 |
| Passions Group Dolores | 1,891.00 | 0.00 | 0.00 | 1,018.90 | (2,174.40) | 735.50 |
| PFG VISTAR CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 | (6,169.42) | (6,169.42) |
| PRODUCTOS DE HOY_ | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Quail International | 0.00 | 0.00 | 0.00 | 0.00 | 632.61 | 632.61 |
| Rastelli Global | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.10 |
| Rey Pan | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Rudolph Foods Company_ | 0.00 | 300.00 | 0.00 | 0.00 | 561.37 | 861.37 |
| Sysco Atlanta | 0.00 | 61,530.00 | 0.00 | 0.00 | 0.00 | 61,530.00 |
| Sysco Metro NY | 0.00 | 0.00 | 0.00 | 0.00 | (3,098.50) | (3,098.50) |
| Sysco South Florida | 0.00 | 2,385.60 | 0.00 | 0.00 | (2,755.50) | (369.90) |
| Tracy Bakery | 0.00 | 662.42 | 1,108.71 | 512.20 | 34,088.07 | 36,371.40 |
| Traditional Snack | 0.00 | 9,801.44 | 0.00 | 0.00 | 0.00 | 9,801.44 |
| Triple Threat | 0.00 | 0.00 | 0.00 | 0.00 | 1,064.33 | 1,064.33 |
| Unipak | 0.00 | 0.00 | 0.00 | (21,675.00) | 2,629.82 | (19,045.18) |
| US Foods Boca | 0.00 | 3,920.00 | 0.00 | 6,300.00 | (9,720.78) | 499.22 |
| Us Foods Metro | 0.00 | 11,470.00 | 0.00 | 0.00 | (48,603.68) | (37,133.68) |
| US Foods Norwich Connecticut | 2,790.00 | 0.00 | 0.00 | 0.00 | (2,883.00) | (93.00) |
| Worldwide Frozen Foods LLC-cust | 0.00 | 5,018.03 | 4,375.30 | 2,729.60 | 29,053.87 | 41,176.80 |
| TOTAL | 295,010.20 | 109,457.67 | 8,560.78 | (7,497.85) | 2,203,309.81 | 2,608,840.61 |

Page 1

9:27 AM

05/21/26

Accrual Basis

# Intertrade Holdings Inc
## Balance Sheet
### As of April 28, 2026

|  | Apr 28, 26 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| ADP Payroll Account | (349,874.95) |
| Bank United Electronic Payment | (71,288.98) |
| Bank United Operating | 754,127.57 |
| Bank United Payroll | 31,698.88 |
| BBT ACH_Wire CK 2128 | 545,645.07 |
| BBT Checking 9382 | (1,774,405.88) |
| BBT Payroll 9165 | 170,308.23 |
| Pass Through | (27,533.52) |
| **Total Checking/Savings** | (721,323.58) |
|  |  |
| **Accounts Receivable** |  |
| Accounts Receivable | 2,608,840.61 |
| **Total Accounts Receivable** | 2,608,840.61 |
|  |  |
| **Other Current Assets** |  |
| *Inventory Asset | 835,637.12 |
| Kewl Water Loan 4508 | (24,013.00) |
| Undeposited Funds | 1,598,480.68 |
| **Total Other Current Assets** | 2,410,104.80 |
|  |  |
| **Total Current Assets** | 4,297,621.83 |
|  |  |
| **TOTAL ASSETS** | 4,297,621.83 |
|  |  |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 1,683,571.99 |
| **Total Accounts Payable** | 1,683,571.99 |
|  |  |
| **Credit Cards** |  |
| Amex Platinum CC 3008 | (54,536.81) |
| Amex Simply Cash 2000 | (5,350.10) |
| BB&T CCA Perry Burk xxxx7471 | (1,697.67) |
| Truist Over Draft Acct | (92.23) |
| **Total Credit Cards** | (61,676.81) |

# Intertrade Holdings Inc
## Balance Sheet
### As of April 28, 2026

|  | Apr 28, 26 |
|---|---|
| **Other Current Liabilities** |  |
| Amex Blueprint | 75,999.95 |
| BB&T Loan | 3,109,362.74 |
| Hispanic Loan | 343,249.22 |
| SBA Loan | 136,011.00 |
| **Total Other Current Liabilities** | 3,664,622.91 |
| **Total Current Liabilities** | 5,286,518.09 |
| **Total Liabilities** | 5,286,518.09 |
| **Equity** |  |
| Retained Earnings | 1,259,322.44 |
| Shareholders Distributions |  |
| Gaspare Bongiorno | (1,134,122.01) |
| Perry Burk | (1,134,122.00) |
| **Total Shareholders Distributions** | (2,268,244.01) |
| **Shareholders Equity** |  |
| Gaspare Bongiorno | (68,804.13) |
| Perry Burk | (68,804.12) |
| **Total Shareholders Equity** | (137,608.25) |
| **Net Income** | 157,633.56 |
| **Total Equity** | (988,896.26) |
| **TOTAL LIABILITIES & EQUITY** | 4,297,621.83 |