UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

INTERTRADE HOLDINGS INC.,

Debtor.
______________________________/

Case No. 26-15399-CAP

Chapter 11

***EX PARTE MOTION FOR LEAVE TO ATTEND HEARING REMOTELY***
***(September 15, 2026 AT 1:30 PM)***
***(By Truist Bank)***

Comes now Creditor, TRUIST BANK ***("Truist")***, and respectfully moves the Court for leave to permit its counsel, Jay B. Verona of Shumaker, Loop & Kendrick, LLP to appear remotely at the 1:30 p.m., September 15, 2026 non-evidentiary hearing in the above-styled case, and in support thereof, Truist states as follows:

1. The Court has noticed this bankruptcy case for a non-evidentiary hearing on September 15, 2026 upon:

   A. Debtor's Expedited Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. Sec. 363 (DE 13); and

   B. Truist's continued Motion for Relief from Stay and to Prohibit the Use of Cash Collateral (DE 18);

2. As good cause for leave to appear remotely, Truist proffers the following:

A. Undersigned counsel's office is located in Tampa (Hillsborough County), Florida, and his home is in Redington Shores (Pinellas County), Florida; each of which is approximately a 4-5 hour drive from the courthouse.

B. Truist anticipates that most or all of the issues surrounding this matter scheduled for the hearing will be resolved in advance of the hearing.

C. No other attorneys in counsel's firm are sufficiently familiar with this matter such that they could represent Truist in Mr. Verona's stead for this hearing.

D. A proposed Order granting this motion is attached hereto as ***Exhibit "A".***

WHEREFORE, Truist seeks leave to allow Mr. Verona to appear at the September 15, 2026 hearing remotely.

Dated: August 31, 2026

***SHUMAKER, LOOP & KENDRICK, LLP***

/s/ *Jay B. Verona*
Jay B. Verona, Esq.
Florida Bar No. 352616
Primary e-mail: jverona@shumaker.com
Secondary e-mail: mhartz@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
Fax (813) 229-1660
*Counsel for Truist*

## ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that on the 31st day of August, 2026, a copy of the foregoing Motion was served (i) electronically through the Court's CM/ECF system, and (ii) by First Class U.S. Mail, postage prepaid upon:

Intertrade Holdings Inc., Debtor
2114 N. Flamingo Rd., #142
Pembroke Pines, FL 33028

*/s/ Jay B. Verona*
Attorney

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

INTERTRADE HOLDINGS INC.,

Debtor.
______________________________/

Case No. 26-15399-CAP

Chapter 11

**ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO ATTEND HEARING REMOTELY (SEPTEMBER 15, 2026 AT 1:30 P.M.) (BY TRUIST BANK) (Doc. ----)**

This matter, having come before the Court, without a hearing, upon the *Ex Parte Motion for Leave to Attend Hearing Remotely (September 15, 2026 at 1:30 p.m.) (By Truist Bank)* (DE _______) (the "**Motion**"), the Court having reviewed the Motion, having found good cause exists

for the relief requested in the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein; and

2. Jay B. Verona, Esq., counsel for Creditor Truist Bank, is authorized to remotely appear at and participate in the hearing scheduled for September 15, 2026 at 1:30 p.m.

###

Submitted by:
Jay B. Verona, Esq.
**SHUMAKER, LOOP & KENDRICK, LLP**
101 E. Kennedy Blvd., Ste. 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1660
Primary email: jverona@shumaker.com
Secondary email: mhartz@shumaker.com
Counsel for Truist Bank, Creditor

(Attorney Jay B. Verona is directed to serve a copy of this order on all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service).