# EXHIBIT 2
# STATEMENT OF ACCOUNT

Claimant: World Wide Frozen Foods, LLC

Debtor: Intertrade Holdings, Inc. — Case No. 26-15399-PDR (Bankr. S.D. Fla.)

*Interest accrued at 1.5% per month (18% per annum) through June 27, 2026, per invoice terms*

| Invoice Date | Invoice / WWS No. | Principal Amount | Interest Accrued (through 6/27/2026 at 1.5%/mo.) | Total Amount Due |
|---|---|---|---|---|
| 12/1/2021 | 3848 | $39,585.34 | $32,599.31 | $72,184.65 |
| 12/27/2023 | 5293 | $376.39 | $169.56 | $545.95 |
| 1/3/2024 | 5345 | $3,800.00 | $1,698.75 | $5,498.75 |
| 2/12/2024 | 5444 | $11,400.00 | $4,871.25 | $16,271.25 |
| 9/20/2024 | 6096 | $5,250.00 | $1,670.85 | $6,920.85 |
| 6/30/2025 | 7606 | $21,250.00 | $3,795.64 | $25,045.64 |
| 9/11/2025 | 7095 | $8,750.00 | $1,247.74 | $9,997.74 |
| 9/22/2025 | 7094 | $12,500.00 | $1,714.64 | $14,214.64 |
| 11/12/2025 | 7350 | $1,968.00 | $220.43 | $2,188.43 |
| 11/12/2025 | 7351 | $2,460.00 | $275.54 | $2,735.54 |
| 11/12/2025 | 7352 | $1,975.20 | $221.24 | $2,196.44 |
| 11/21/2025 | 7639 | $53,020.00 | $5,703.14 | $58,723.14 |
| **TOTAL** | | **$162,334.93** | **$54,188.07** | **$216,523.00** |

*Note: Interest is calculated on a simple-interest basis at 1.5% per month (0.0493421%/day, using a 30.4-day average month) from each invoice date through June 27, 2026, consistent with the rate specified in Claimant's invoice terms. This statement does not include attorneys' fees and costs, which continue to accrue and will be added upon quantification.*