UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

INTERTRADE HOLDINGS INC.,

Debtor.
_______________________________/

Case No. 26-15399-CAP

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as co-counsel for Truist Bank, a creditor and party in interest in the above-captioned bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rules 2002, 3015, 9007, or 9010 of the Federal Rules of Bankruptcy Procedure, and sections 342 and 1109(b) of the Bankruptcy Code, and all other notices given or required to be given in this case, be given and served upon:

Elizabeth Brusa, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602
T: (813) 229-7600
Primary email: ebrusa@shumaker.com
Secondary email: mkulczycke@shumaker.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before the Court with respect to these proceedings,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This notice and request is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of the which Truist reserves without prejudice.

Respectfully submitted September 14, 2026.

*/s/ Elizabeth R. Brusa*
Elizabeth R. Brusa, Esq.
Florida Bar No. 125655
**SHUMAKER, LOOP & KENDRICK, LLP**
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602
T: (813) 229-7600 | F: (813) 229-1660
Primary email: ebrusa@shumaker.com
Secondary email: mkulczycke@shumaker.com
*Counsel for Creditor Truist Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, a true and correct copy of the foregoing has been furnished to all parties receiving CM/ECF notification via the Court's CM/ECF system.

*/s/ Elizabeth R. Brusa*
Attorney